IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
Plaintiff

vs                                                          CRIMINAL 06-0210-03CCC

3) CARLOS J. RODRIGUEZ-LUGO
Defendant

O R D E R

Having considered the Report and Recommendation filed on July 9, 2007 (docket entry 183) on a Rule 11 proceeding of defendant held before Chief U.S. Magistrate Judge Justo Arenas on July 9, 2007, to which no opposition has been filed, the same is APPROVED.  Accordingly, the plea of guilty of defendant is accepted.  The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contain all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since July 9, 2007. The sentencing hearing is set for October 9, 2007 at 4:15 PM.

SO ORDERED.

At San Juan, Puerto Rico, on July 19, 2007.

S/CARMEN CONSUELO CEREZO
United States District Judge